UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAIM SARWAR,<br><br>        Plaintiff,<br><br>  v.<br><br>MAX GURWICZ<br><br>        Defendant. | Civil Action No. 20-14675<br><br>**ORDER** |

    **THIS MATTER** comes before the Court upon Plaintiff Saim Sarwar's Amended Complaint [ECF No. 9]; and Plaintiff's Motion for Default Judgment [ECF No. 11.]

    Plaintiff's request for entry of default was entered on December 14, 2020. [See Docket.] However, in the interim, Plaintiff filed an Amended Complaint on December 20, 2020. [ECF No. 9.] "The law is well-settled that an amended complaint supersedes the original complaint rendering it of no legal effect." Huertas v. TransUnion, LLC, No. 08-244, 2009 WL 10690329, at *2 (D.N.J. Nov. 10, 2009) (quoting United States ex rel. SimplexGrinnell, LP v. Aegis Ins. Co., No. 1:08-1728, 2009 WL 577286, at *1 (M.D. Pa. Mar. 5, 2009)). "Therefore, upon the filing of an amended complaint, 'the original complaint no longer performs any function in the case.'" Id. (citing SimplexGrinnell, 2009 WL 577286, at *1). Here, the entry of default was filed upon Defendant's failure to respond to the

1

initial Complaint.  Given that Plaintiff has since filed an Amended Complaint, the Court concludes that the Clerk's entry of default on the earlier-filed pleading shall be set aside.  <u>See id.</u> (collecting cases).  Therefore, Plaintiff's Motion for Default Judgment [ECF No. 11] shall be denied as premature.

    In light of the above,

    IT IS on this 22nd day of January, 2021,

    ORDERED that the Clerk's Entry of Default by VACATED; and it is further

    ORDERED that Plaintiff's Motion for Default Judgment [ECF No. 11] be DENIED AS PREMATURE;

| | |
|---|---|
| Date: <u>January 22, 2021</u> | <u>s/ Noel L. Hillman</u> |
| At Camden, New Jersey | NOEL L. HILLMAN, U.S.D.J. |